IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Case No. 06-CR-00103-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHNNY RAY DEHERRERA,

    Defendant.

---

FINDINGS OF FACT, CONCLUSIONS OF LAW and REASONS
FOR ORDER OF DETENTION

---

    This matter comes before the court on April 18, 2006, on the Petition on Probation and Supervised Release and Warrant for Arrest of Probationer/Supervised Release. The defendant waived his right to a preliminary hearing under Rule 32.1 of the Federal Rules of Criminal Procedure. Based upon the facts alleged in the Petition and in light of the defendant's waiver, the court finds that probable cause exists to believe that the defendant violated one or more conditions of his release.

    Under Rule 32.1, the court "may release or detain the [defendant] under 18 U.S.C. § 3143(a) pending further proceedings. The burden of establishing that the person will not flee or pose a danger to any other person or to the community rests with the [defendant]."

    In making my findings of fact, I have taken judicial notice of the information set forth in the Petition on Probation and Supervised Release, the Presentence Report and the entire court file. I have also considered the arguments of counsel. Under the circumstances, I find that the defendant has not sustained his burden of establishing that he will not flee or fail to appear at future proceedings in this matter. In particular, I note that defendant is not contesting detention. Furthermore, the defendant has a parole hold from the State of Colorado. On the record before the court, I find that no condition or combination of conditions of release will reasonably assure the appearance of the defendant. Accordingly, I order the defendant detained without bond.

    Done this 18th April 2006.

                                BY THE COURT

                                S/ Michael J. Watanabe

Michael J. Watanabe
U.S. Magistrate Judge